UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GHOLAR,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN BROWNLEE, *et al.*,<br><br>        Defendants. | Case No. 1:18-cv-01632-JDP<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action under 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee or submitted an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Accordingly, it is hereby ordered that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   December 5, 2018                         /s/ Jeremy Peterson

                                                                         UNITED STATES MAGISTRATE JUDGE